IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN DIAMOND,

          Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES
LLC; CBCS COMPANY and BELL SOUTH,

          Defendants.

C.A. No: 2:06-cv-01046

## ORDER

IT IS ORDERED this _____ day of _____, 2006, that the Defendants' Motion to Consolidate <u>Diamond v. Trans Union, Equifax, Experian, and Duquesne Light Co.</u>, C.A. No: 2:06-00744-DWA-LPL ("<u>Diamond I</u>") with <u>Diamond v. Trans Union, Equifax, Experian CBCS Co. and Bellsouth</u>, C.A. No: 2:06-01046-TMH ("<u>Diamond II</u>") is hereby **GRANTED**.

BY THE COURT:

_____
Chief UNITED STATES ~~MAGISTRATE~~ District JUDGE

cc:    All Counsel of Record

PII-1145886v1